**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT,** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL NO. 7:20-CV-00344** |
| **2.1185 ACRES OF LAND, MORE OR LESS,** | § | |
| **SITUATED IN STARR COUNTY, STATE OF** | § | |
| **TEXAS, MARIA DEL ROSARIO G.** | § | |
| **RAMIREZ,** *et al.*, | § | |
| | § | |
| *Defendants* | § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned counsel, Flor E. Flores, THE LAW FIRM OF FLOR E. FLORES, PLLC, hereby makes an appearance on behalf of Marco Antonio Flores, Nora Linda Flores and Alicia Sutherland.

Respectfully submitted,

By: /S/ *Flor E. Flores*

**Flor E. Flores**
Federal Bar No. 1096206
State Bar No. 24065235
*Attorney for Defendant*

**THE LAW FIRM OF FLOR E. FLORES, PLLC**
102 N. East St.
Rio Grande City, Texas 78582
Tel:  (956)263-1786
Fax:  (956)263-1750
Email:  ffloreslaw@gmail.com

## CERTIFICATE OF SERVICE

I, Flor E. Flores, hereby certify that on this the 19th day of May 2021, a true and correct copy of the foregoing **Notice of Appearance** was delivered to all counsel of record in accordance with Federal Rules of Civil Procedure, via ECM/EF.

/S/ *Flor E. Flores*

**Flor E. Flores**